1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CC70  EDCR16-81-SP F4545139 |
|---|---|---|
| Plaintiff, | ) | PROBATION VIOLATION JUDGMENT |
| V. | ) | |
| JAVIER TEZOQUIPA | ) | |
| Defendant. | ) | |

On August 30, 2016, the matter came before the Court on a petition to show cause why probation should not be revoked.  Javier Tezoquipa ("Defendant") was present and represented by Deputy Federal Public Defender Young Kim.  Also present was U.S. Probation Officers Luis Trujillo.  Defendant admitted to allegations one and five as alleged in the Probation Officer's petition filed on August 1, 2016.  Allegations two, three, four and six were dismissed by the government.  Additionally, allegations seven through twelve as alleged in the Probation Officer's petition filed on August 30, 2016 were also dismissed by the government.

IT IS THE JUDGMENT OF THE COURT that Defendant's probation is hereby revoked, vacated, and set aside.  A judgment of conviction is hereby entered.

The defendant is sentenced to a three (3) year term of probation under the same conditions as previously imposed with the addition of the following conditions:

1. Defendant is hereby sentenced to the custody of the United States Marshal and/or Bureau of Prisons for a period of seven (7) days. The defendant is ordered to surrender to the United States Marshal Service no later than 12:00 p.m. on September 2, 2016.
2. Defendant shall pay a total monetary sanction of $50 ($25 mandatory special assessment, $25 processing fee) as directed by the United States Probation Office.
3. Defendant shall not use alcohol
4. Defendant shall not use or possess illegal drugs or state-authorized medical marijuana.
5. Upon completion of the seven day jail term, defendant shall participate for a period of six (6) months in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment.

6.     If not gainfully employed, the defendant shall perform up to twenty (20) hours of community service per week, as directed by the Probation Officer.

Defendant has been advised of his right to appeal this sentence.

DATED: 08/30/16

_____
HONORABLE SHERI PYM
United States Magistrate Judge

FILED: 08/30/16

KIRY GRAY, CLERK

By: _____
Donnisha Brown
Deputy Clerk